# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,**<br>Plaintiff,<br><br>v.<br><br>**DRUMMOND DECATUR AND STATE PROPERTIES, LLC,**<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 21-4212 |

## O R D E R

**AND NOW**, this 15th day of March, 2022, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 12), Plaintiff's Response in Opposition (ECF No. 18), and Defendant's Reply (ECF No. 19), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED** as to SEPTA's separate cause of action for breach of the covenant of good faith and fair dealing (Count VII) and **DENIED** in all other respects.

                                                  **BY THE COURT:**

                                                  /S/WENDY BEETLESTONE, J.

                                                  **WENDY BEETLESTONE, J.**